**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-7186

THOMAS HARLEY,

Plaintiff - Appellant,

versus

OFFICIAL CO MONTGOMERY; MEDICAL ADMINISTRATOR;
PRISON MEDICAL STAFF AT LCI,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  R. Bryan Harwell, District Judge.
(3:06-cv-00425-RBH)

Submitted:  November 14, 2007          Decided:  December 4, 2007

Before NIEMEYER, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Thomas Harley, Appellant Pro Se. James Miller Davis, Jr., Joel
Steve Hughes, DAVIDSON, MORRISON & LINDEMANN, PA, Columbia, South
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Harley seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  <u>Harley v. Montgomery</u>, No. 3:06-cv-00425-RBH (D.S.C. July 25, 2007).  We also deny Harley's pending motions for appointment of counsel and for an injunction.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>